Harry ATKIN, Appellant,

v.

Ben HERSH, Appellee.

No. 3683.

District of Columbia Court of Appeals.

Argued April 26, 1965.

Decided Aug. 10, 1965.

Rehearing Denied Sept. 9, 1965.

Marvin E. Perlis, Washington, D. C., for appellant.

Samuel I. Sherwood, Washington, D. C., for appellee.

Before HOOD, Chief Judge, and QUINN and MYERS, Associate Judges.

PER CURIAM.

The claim of appellant, a business-chance broker, for a commission, was denied by the trial court on the ground that appellant had not produced a purchaser ready, willing and able to buy appellee's business in accordance with the listing agreement. The trial court did not specify in what particu-

lar the offer produced failed to meet the terms of the listing agreement; but review of the listing agreement, the offer produced and the testimony of the parties, convinces us that in several respects the trial court could have found a variance between the terms of the listing and those of the offer.

Affirmed.